JONAS P. VARNUM, as Receiver of Certain Property Transferred by THOMAS BOLTON, Respondent, *v.* BOLTON SHOE COMPANY, Appellant, Impleaded with Others.

*Varnum* v. *Behn*, 63 App. Div. 570, affirmed.
(Argued May 9, 1902; decided May 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 27, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Joseph W. Taylor* for appellant.

*Walter S. Hubbell* and *John Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.